UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SCOTT, | ) CV 07-8366-AG (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| JOHN MARSHALL (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

IT IS ORDERED that a writ of habeas corpus issue as follows: the Board shall calculate the remaining period, if any, of Petitioner's determinate parole term by crediting him for his incarceration between the date he would have been released on parole pursuant to the Board's July 24, 2006 decision if that decision had not

1

been reversed by the Governor, and Petitioner's release on parole on July 2, 2009. If Petitioner has already served his re-computed parole term, the Board shall discharge him from parole.

DATED: Sept 30, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE